[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-12553
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 8, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00247-CV-T-17-MAP

EARLVIN TODD NEAL (Estate)
by and through its personal representative
ANGELA MICA NEAL,

Plaintiff-Appellant,

versus

PINELLAS COUNTY SHERIFF'S OFFICE,
EVERETT S. RICE, individually,
MICHAEL C. BORLAND, individually,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(September 8, 2006)**

Before BLACK, BARKETT and HULL, Circuit Judges.

PER CURIAM:

The estate of Earlvin Todd Neal appeals the district court's grant of summary judgment in favor of the defendants Pinellas County Sheriff's Office, Sheriff Everett Rice and Sheriff's Deputy Michael C. Borland on its 42 U.S.C. § 1983 claims arising out of the shooting death of Neal by Deputy Borland. After a careful review, we affirm the entry of summary judgment for the reasons outlined in the magistrate judge's Report and Recommendation adopted by the district court and the district court's order granting summary judgment.

**AFFIRMED.**